**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CORE EQUITY II, L.P. AND DELAWARE AVE OUTDOOR, LLC, | : No. 34 EAP 2022 |
| | : |
| | : Appeal from the Order entered on |
| Appellants | : November 29, 2022 in the |
| | : Commonwealth Court at No. 257 |
| | : MD 2017 |
| v. | : |
| | : |
| | : |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF TRANSPORTATION, | : |
| | : |
| Appellee | : |

## ORDER

**PER CURIAM**                                                   **DECIDED: October 18, 2023**

    **AND NOW,** this 18th day of October, 2023, the order of the Commonwealth Court is **AFFIRMED.**